DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUINCY B. BLUE,**
Appellant,

v.

**PARK FINANCE OF BROWARD, INC.,**
Appellee.

No. 4D21-127

[February 18, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Terri-Ann Miller, Judge; L.T. Case Nos. 062006CC002600AXXXSO and 062019AP003787AXCCCE.

Tyrone A. Latour of Latour Esquire, P.A., Tamarac, for appellant.

Ronald R. Torres of Torres Law Offices, Weston, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***